IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| STEVEN SWANBERG, | ) | 8:07CV420 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | **ORDER** |
| MICHAEL J. ASTRUE, | ) | |
| Commissioner of the | ) | |
| Social Security Administration, | ) | |
| | ) | |
| Defendant. | ) | |

IT IS ORDERED that Defendant's motion for enlargement of time (filing 19) is granted, and the briefing schedule is modified as follows:

1. Defendant shall file a brief by April 16, 2008;

2. Plaintiff may file a reply brief by April 30, 2008; and

3. This case shall be ripe for decision on May 1, 2008.

March 18, 2008.                    BY THE COURT:

                                   s/ *Richard G. Kopf*
                                   United States District Judge