IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| STEVEN SWANBERG, | ) | 8:07CV420 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| MICHAEL J. ASTRUE, | ) | |
| Commissioner of the | ) | |
| Social Security Administration, | ) | |
| | ) | |
| Defendant. | ) | |

IT IS ORDERED that Plaintiff's motion for enlargement of time (filing 24) is granted, and, accordingly, that the briefing schedule is modified to provide:

1. Plaintiff may file a reply brief by July 14, 2008; and
2. This case shall be ripe for decision on July 15, 2008.

May 30, 2008.                    BY THE COURT:

                                 s/ *Richard G. Kopf*
                                 United States District Judge