IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| STEVEN SWANBERG, | ) | 8:07CV420 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| MICHAEL J. ASTRUE, | ) | |
| Commissioner of the | ) | |
| Social Security Administration, | ) | |
| | ) | |
| Defendant. | ) | |

    IT IS ORDERED that Defendant's motion for enlargement of time (filing 38) is granted, as follows:

    Defendant shall have until April 22, 2009, to respond to Plaintiff's motion for attorney fees (filing 35).

March 23, 2009.                               BY THE COURT:

                                                              s/ *Richard G. Kopf*
                                                              United States District Judge